CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 16 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KELVIN CANADA,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:13cv00323 |
| v. | ) ) ) | **FINAL ORDER** |
| DR. DANIEL MILLER, *et al.*,<br>    Defendants. | ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that

1. Canada's motion for reconsideration (ECF No. 37) is **CONSTRUED** as a motion to accept his responses to the defendant's motions as timely filed and that motion is **GRANTED** to the extent that his responses in opposition to the defendants' motions (ECF Nos. 45 and 46) are deemed timely filed;

2. Dr. Miller and Nurse Phipps' motions for summary judgment (ECF Nos. 24 and 40) are **GRANTED**;

3. Schilling's motion to dismiss (ECF No. 20) is **GRANTED**;

4. Canada's motion for recusal (ECF No. 50) is **DENIED**;

5. Canada's motion to compel discovery (ECF No. 51) is **DENIED** as moot;

6. The Clerk is **DIRECTED** to **STRIKE** this matter from the court's active docket.

The Clerk is also directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER:** April 16, 2014.

/s/
UNITED STATES DISTRICT JUDGE